IGNACIA S. MORENO
Assistant Attorney General
JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief
RICKEY D. TURNER, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0229 (tel)
(202) 305-0275 (fax)

Attorneys for Federal Defendants

**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; GRAND CANYON TRUST; and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>KEN SALAZAR, in his official capacity as Secretary of Interior; U.S. BUREAU OF LAND MANAGEMENT; and U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants. | CASE NO. 3:09-CV-08207-DGC<br><br>**NOTICE OF APPEARANCE** |

  The Court and counsel will please take notice that RICKEY DOYLE TURNER JR. of the United States Department of Justice, hereby enters his appearance as counsel for the Defendants in the above-captioned action.

  Relevant address, telephone numbers, and contact information for Mr. Turner are as follows:

**MAILING ADDRESS**:
Rickey Doyle Turner Jr.

Environment and Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
Ben Franklin Station
P.O. Box 7369
Washington, D.C. 20044-7369

**OVERNIGHT DELIVERY/STREET ADDRESS**:
Rickey Doyle Turner Jr.
Environment and Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
601 D Street, NW, Room 3033
Washington, D.C. 20004

**TELEPHONE AND FAX NUMBERS**:
Telephone: (202) 305-0229
Facsimile: (202) 305-0275

**ELECTRONIC CORRESPONDENCE**:
rickey.turner@usdoj.gov


Dated: January 20, 2010

    Respectfully Submitted,

    IGNACIA S. MORENO,
    Assistant Attorney General
    JEAN E. WILLIAMS, Section Chief
    SETH M. BARSKY, Assistant Chief

    /s/ Rickey D. Turner, Jr.
    RICKEY D. TURNER, JR.
    Trial Attorney
    U.S. Department of Justice
    Environment & Natural Resources Division
    Wildlife & Marine Resources Section
    Ben Franklin Station
    P.O. Box 7369
    Washington, DC 20044-7369
    Phone: (202) 305-0229
    Fax: (202) 305-0275
    Email: rickey.turner@usdoj.gov

    Attorneys for Federal Defendants

**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; GRAND CANYON TRUST; and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>KEN SALAZAR, in his official capacity as Secretary of Interior; U.S. BUREAU OF LAND MANAGEMENT; and U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants. | CASE NO. 3:09-CV-08207-DGC<br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on January 20, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                                                         */s/ Rickey D. Turner, Jr.*
                                                                         RICKEY D. TURNER, JR.