DENNIS K. BURKE
United States Attorney
District of Arizona

IGANCIA S. MORENO
Assistant Attorney General
U.S. Department of Justice, Environment and Natural Resources Division

JEAN E. WILLIAMS, Section Chief
SETH M. BARSKY,
Assistant Section Chief
RICKEY D. TURNER, JR.
Trial Attorney (CO Bar #38353)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
202-305-0229 (tel.); 202-305-0275 (fax)
rickey.turner@usdoj.gov

TYLER WELTI
Trial Attorney, CA Bar #257993
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington D.C. 20044-0663
202-305-0481(tel.); 202-305-0506 (fax)
tyler.welti@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br> Plaintiffs, <br> vs. <br> KEN SALAZAR, Secretary of the Interior, *et al.*, <br> Defendants. | Case No. 3:09-cv-08207-DGC <br><br> **STIPULATION FOR EXTENSION OF TIME TO ANSWER (First Request)** |

The Parties stipulate for an extension of time for Defendants to answer the complaint in light of Plaintiffs' intention to amend their complaint. This is the first

request the Parties have made for an extension of time to answer.  In support, the Parties note: (1) Defendant's answer is currently due on January 22, 2010; (2) Plaintiffs plan to amend their complaint on or before February 1, 2010; and (3) an extension of time to answer the complaint until February 8, 2010, will save the Parties and the Court time by avoiding the necessity for Defendants to answer a Complaint that is likely to be amended and thereby mooted.  Therefore, the Parties seek to extend deadlines as follows:

    Plaintiffs Amended Complaint would be due no later than **February 1, 2010**.

    Defendants would file their answer no later than **February 8, 2010**.

    The Parties respectfully request that the Court approve their Stipulation.

Respectfully submitted this 20th day of January, 2010.

                  DENNIS K. BURKE
                  United States Attorney
                  District of Arizona

                  IGNACIA MORENO
                  Assistant Attorney General
                  United States Department of Justice
                  Environment and Natural Resources Division

                  JEAN E. WILLIAMS, Section Chief
                  SETH M. BARSKY,
                  Assistant Section Chief
                  RICKEY D. TURNER, JR.
                  Trial Attorney (CO Bar #38353)
                  U.S. Department of Justice
                  Environment & Natural Resources Division
                  Wildlife & Marine Resources Section
                  Ben Franklin Station
                  P.O. Box 7369
                  Washington, DC 20044-7369
                  202-305-0229 (tel.); 202-305-0275 (fax)
                  rickey.turner@usdoj.gov

                  /s/ Tyler Welti
                  Tyler Welti (CA Bar No. 257993)
                  Trial Attorney
                  United States Department of Justice
                  Environment and Natural Resources Division
                  Natural Resources Section
                  P.O. Box 663
                  Washington D.C. 20044-0663
                  202-305-0481 (tel) 202-305-0506 (fax)

Tyler.Welti@usdoj.gov

*Attorneys for Federal Defendants*


/s/ Amy R. Atwood*
Amy R. Atwood, *pro hac vice*
Center for Biological Diversity
P.O. Box 11374
Portland, Oregon 97211-0374
Tel: 503-283-5474
atwood@biologicaldiversity.org

Neil Levine
*pro hac vice*
Grand Canyon Trust
2539 Eliot Street
Denver, Colorado 80211
Tel: 303-455-0604
nlevine@grandcanyontrust.org

Roger Flynn
*pro hac vice*
Western Mining Action Project
P.O. Box 349
440 Main St., #2
Lyons, Colorado 80540
Tel: 303-823-5738
wmap@igc.org


*Attorneys for Plaintiff*

* Attorney for Plaintiff authorized Defendants' counsel to sign on her behalf.

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of January, 2010, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which sent notification of such filing to the following counsel of record in this matter:

Amy R. Atwood
atwood@biologicaldiversity.org

Neil Levine
nlevine@grandcanyontrust.org

Roger Flynn
wmap@igc.org

>                    DENNIS K. BURKE
>                    United States Attorney
>                    District of Arizona
>
>                    IGNACIA MORENO
>                    Assistant Attorney General
>                    United States Department of Justice
>                    Environment and Natural Resources Division
>
>                    JEAN E. WILLIAMS, Section Chief
>                    SETH M. BARSKY,
>                    Assistant Section Chief
>                    RICKEY D. TURNER, JR.
>                    Trial Attorney (CO Bar #38353)
>                    U.S. Department of Justice
>                    Environment & Natural Resources Division
>                    Wildlife & Marine Resources Section
>                    Ben Franklin Station
>                    P.O. Box 7369
>                    Washington, DC 20044-7369
>                    202-305-0229 (tel.); 202-305-0275 (fax)
>                    rickey.turner@usdoj.gov
>
>                    /s/ Tyler Welti
>                    Tyler Welti (CA Bar No. 257993)
>                    Trial Attorney
>                    United States Department of Justice
>                    Environment and Natural Resources Division
>                    Natural Resources Section
>                    P.O. Box 663
>                    Washington D.C. 20044-0663
>                    202-305-0481 (tel) 202-305-0506 (fax)
>                    Tyler.Welti@usdoj.gov
>
>                    *Attorneys for Federal Defendants*

4