Michael K. Kennedy (Bar No. 04224)
Bradley J. Glass (Bar No. 22463)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:  (602) 530-8000
Facsimile:   (602) 530-8500
Email:   mkk@gknet.com
         brad.glass@gknet.com

Attorneys for Applicant Defendants-Intervenors
Denison Arizona Strip, LLC and
Denison Mines (USA) Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; GRAND CANYON TRUST; SIERRA CLUB; and KAIBAB BAND OF PAIUTE INDIANS,<br><br>Plaintiffs,<br><br>v.<br><br>KEN SALAZAR, Secretary of the Interior, and U.S. BUREAU OF LAND MANAGEMENT,<br><br>Defendants,<br><br>and<br><br>DENISON ARIZONA STRIP, LLC and DENISON MINES (USA) CORP.,<br><br>Applicant Defendants-Intervenors. | Case No. CV09-8207-PCT-DGC<br><br>MOTION TO INTERVENE |

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, Denison Arizona Strip, LLC and Denison Mines (USA) Corp. (collectively "Denison") hereby file this Motion to Intervene as of right in this action as defendants, or alternatively, for permissive intervention.

Denison meets the criteria for intervention as of right because: (1) its Motion is timely; (2) Denison owns unpatented mining claims and an approved Plan of Operations that are recognized property rights and are the subject of this litigation; (3) the outcome of this litigation

directly affects Denison's interests in its unpatented mining claims, Plan of Operations, and ability to continue mineral exploration and mining; and (4) Denison's interests in its unpatented mining claims and Plan of Operations differ from those of the named defendants, and, therefore, its interests will not be adequately represented in this litigation.

Alternatively, if the Court denies its Motion to Intervene as of right, Denison requests that the Court exercise its discretion to grant it permissive intervention pursuant to Fed. R. Civ. P. 24(b)(1)(B).  Denison's interests in its unpatented mining claims and the mineral exploration activities on public lands involves questions of law and fact common with this action.  It would conserve judicial resources to permit Denison to participate in this proceeding rather than force Denison to file a collateral action to protect its interests.

For these reasons and as set forth more fully in its Memorandum in Support of Motion to Intervene and the Declaration of Harold R. Roberts, Denison respectfully requests that the Court grant its Motion to Intervene as of right, or alternatively, for permissive intervention.

The undersigned counsel has sought consent from counsel for Plaintiffs and Defendants, who have stated that they currently take no position regarding this Motion.

RESPECTFULLY SUBMITTED this 5th day of February, 2010.

GALLAGHER & KENNEDY, P.A.


By /s/ Michael K. Kennedy
　　Michael K. Kennedy
　　Bradley J. Glass
　　2575 East Camelback Road
　　Phoenix, Arizona 85016-9225

　　Attorneys for Applicant Defendants-
　　Intervenors Denison Arizona Strip, LLC and
　　Denison Mines (USA) Corp.

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 5, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Amy R. Atwood, Esq.
Center for Biological Diversity
P.O. Box 11374
Portland, OR  97211-0374
Tel: 503-283-5474
Fax: 502-283-5528
Email: atwood@biologicaldiversity.org

Neil Levine, Esq.
Grand Canyon Trust
2539 Eliot Street
Denver, CO  80211
Tel: 303-455-0604
Fax: 303-484-8470
Email: nlevine@grandcanyontrust.org

Roger Flynn
Western Mining Action Project
P.O. Box 349
440 main St., #2
Lyons, CO  80540
Tel: 303-823-5738
Fax: 303-823-5732
Email: wmap@igc.org

Attorneys for Plaintiffs

Rickey Turner
U.S. Dept. of Justice
ENRD
601 D St. NW
Washington, DC 20004
Tel: 202-305-0229
Fax: 202-305-0275
Email: rickey.turner@usdoj.gov

1. Tyler Welti
2. U.S. Dept. of Justice
   ENRD
3. P.O. Box 663
   Washington, DC  20044
4. Tele: 202-305-0481
   Fax: 202-305-0274
5. Email: Tyler.Welti@usdoj.gov

6. Attorneys for Defendants,
7. Ken Salazar, Secretary of the Interior,
   and U.S. Bureau of Land Management
8.

9. /s/ Rona Miller
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.