IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; GRAND CANYON TRUST; SIERRA CLUB; and KAIBAB BAND OF PAIUTE INDIANS,<br><br>Plaintiffs,<br><br>v.<br><br>KEN SALAZAR, Secretary of the Interior, and U.S. BUREAU OF LAND MANAGEMENT,<br><br>Defendants,<br><br>and<br><br>DENISON ARIZONA STRIP, LLC and DENISON MINES (USA) CORP.,<br><br>Defendants-Intervenors. | Case No. CV09-8207-PCT-DGC<br><br>**PROPOSED ORDER ON MOTION TO INTERVENE** |

The Court, having considered Denison Arizona Strip, LLC and Denison Mines (USA) Corp.'s (collectively "Denison") Motion to Intervene, and good cause appearing,

IT IS HEREBY ORDERED that Denison's Motion to Intervene is granted. Denison's answer in this matter is due within ten (10) days from the date of this Order.

Dated this _____ day of _____, 2010.

_____
David G. Campbell
United States District Judge