**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Center for Biological Diversity; Grand Canyon Trust; Sierra Club; and Kaibab Band of Paiute Indians, | ) ) ) ) | No. CV-09-8207-PCT-DGC |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Ken Salazar, Secretary of the Interior; United States Bureau of Land Management; Denison Arizona Strip, LLC; and Denison Mines (USA) Corp., | ) ) ) ) ) | |
| Defendants. | ) ) | |

Arizona 1 Mine is a uranium mine located near Grand Canyon National Park. Plaintiffs seek a declaration that the federal Defendants have violated environmental laws in connection with Arizona 1 Mine, and request an injunction directing mine operations to cease. Dkt. #17. Denison Arizona Strip, LLC and Denison Mines (USA) Corp. (collectively, "Denison") have intervened as defendants on the ground that they own unpatented claims at Arizona 1 Mine and conduct operations pursuant to a plan issued by Defendant BLM. *See* Dkt. ##19, 31.

Plaintiffs have filed a motion for leave to file a second amended complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure. Dkt. #49. Plaintiffs seek to more accurately describe the Kaibab Band of Paiute Indians and to correct a factual error regarding where the California condor was reintroduced in 1996. *Id.* at 2. No opposition has been filed, and the time for doing so has expired. *See* LRCiv 7.2(c); Fed. R. Civ. P. 6(d).

Rule 15 makes clear that the Court "should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). The policy in favor of leave to amend must not only be heeded by the Court, *see Foman v. Davis*, 371 U.S. 178, 182 (1962), it must also be applied with extreme liberality, *see Owens v. Kaiser Foundation Health Plan, Inc.*, 244 F.3d 708, 880 (9th Cir. 2001). The Court, in the interest of justice, will grant Plaintiffs' motion for leave to file a second amended complaint. *See Neuendorf v. Unknown Party*, No. CV 10-124-PHX-RCB (DKD), 2010 WL 1743198, at *2 (D. Ariz. Apr. 27, 2010).

**IT IS ORDERED:**

1. Plaintiffs' motion for leave to file a second amended complaint (Dkt. #49) is **granted**.
2. The Clerk is directed to filed the lodged proposed second amended complaint (Dkt. #50).

DATED this 8th day of June, 2010.

_David G. Campbell_
David G. Campbell
United States District Judge