FILED

JUL 20 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> KEN SALAZAR, Secretary of the Interior and UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> Defendants - Appellees, <br><br> DENISON MINES (USA) CORP. and DENISON ARIZONA STRIP, LLC, <br><br> Intervenors - Defendants - Appellees. | No. 10-16513 <br><br> D.C. No. 3:09-cv-08207-DGC District of Arizona, Phoenix <br><br><br> ORDER |

Before: TASHIMA and WARDLAW, Circuit Judges.

This is a preliminary injunction appeal.

Appellants' emergency motion for injunctive relief is denied without prejudice to its renewal following the district court's ruling on the motion for injunction pending appeal. *See* Fed. R. App. P. 8(a).

The briefing schedule established previously shall remain in effect.

MT/MOATT