1

2

3

4

5

6        **IN THE UNITED STATES DISTRICT COURT**

7             **FOR THE DISTRICT OF ARIZONA**

8

9   Center for Biological Diversity; Grand        )   No. CV-09-8207-PCT-DGC
    Canyon Trust; Sierra Club; and Kaibab         )
10  Band of Paiute Indians,                       )   **ORDER**
                                                  )
11              Plaintiffs,                        )
                                                  )
12  vs.                                           )
                                                  )
13  Ken Salazar, Secretary of the Interior;       )
    United States Bureau of Land                  )
14  Management; Denison Arizona Strip,            )
    LLC; and Denison Mines (USA) Corp.,          )
15                                                )
                Defendants.                        )
16  _____           )

17        The Court held a second case management conference on August 6, 2010.  In

18  preparation for the conference, the Court reviewed the parties' second joint case management

19  report (Doc. 89), Plaintiffs' memorandum in support of discovery (Doc. 91), the Federal

20  Defendants' memorandum on discovery and the administrative record (Doc. 88), and the

21  Denison Defendants' memorandum on the same issues (Doc. 90).  Following an extended

22  discussion on the record, and for reasons stated on the record, the Court establishes the

23  following schedule.

24        1.    Discovery.

25              A.    For reasons stated on the record, Plaintiffs will be permitted to conduct

26  discovery on Defendants' jurisdictional defense to Claim 2.  Specifically, Plaintiffs may

27  conduct discovery into Defendants' argument that the recent resumption of activities at the

28  Arizona 1 mine does not constitute a "final agency action" for purposes of APA review.

1   Plaintiffs may also conduct discovery into the merits of Claim 2 as outlined on pages 6-9 of

2   Plaintiffs' memorandum (Doc. 91).

3          B.      Discovery related to a possible remedy in this case will be deferred until

4   after the Court rules on liability.  Thus, the discovery outlined on pages 9-10 of Plaintiffs'

5   memorandum (Doc. 91) shall be deferred until after the Court rules on the parties' summary

6   judgment motions.  Plaintiffs argued during the conference that such discovery should be

7   permitted now so that Plaintiffs may determine whether to file a second motion seeking

8   preliminary injunctive relief.  In support, Plaintiffs referred to declarations recently filed with

9   the Court in connection with Plaintiffs' request for an injunction pending appeal.  Those

10  declarations, which the Court reviewed after the case management conference, concern the

11  irreparable harm component of a request for injunctive relief.  Because the Court denied

12  Plaintiffs' request for a preliminary injunction on grounds other than the irreparable harm

13  component of injunctive relief, the Court concludes that such discovery would not facilitate

14  reconsideration of the Court's ruling.

15         C.      Plaintiffs may propound up to **25** interrogatories, **25** requests for

16  production of documents, and **25** requests for admissions, including subparts.  Discovery

17  shall be concluded by **November 19, 2010**.

18         2.      Summary Judgment Briefing**.**

19         A.      Plaintiffs shall file a motion for summary judgment on all claims,

20  limited to the question of liability, by **December 10, 2010**.  The motion shall be limited to

21  **45** pages.

22         B.      Defendants shall file a response to Plaintiffs' motion and a cross-motion

23  for summary judgment by **January 21, 2011**.[1]  The response and motion shall be limited to

24  **45** pages.  The Denison Defendants may file non-duplicative briefs.

25         C.      Plaintiffs shall file a response to Defendants' motion and a reply in

26  support of their motion by **February 25, 2011**, limited to **45** pages.

27  _____

28         [1] The Court has allowed more than 30 days for this filing given the intervening holidays.

1           D.     Defendants shall file a reply in support of their motion for summary

2  judgment by **March 11, 2011**, limited to **25** pages.

3           E.     The Court will hold a hearing on the parties' motions for summary

4  judgment on **March 25, 2011 at 3:00 p.m.**

5      If the Court holds Defendants liable on one or more of the claims asserted in the

6  second amended complaint, it will hold a third case management conference to establish a

7  schedule for remedy related discovery and briefing of the remedy.

8      DATED this 9th day of August, 2010.

9

10

11  _____

12                 David G. Campbell
                United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28