IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, *et al.*,<br><br>  Plaintiffs,<br><br>       vs.<br><br>Salazar, *et al.*,<br><br>  Defendants,<br><br>       and<br><br>Denison Arizona Strip, LLC, *et al.*,<br><br>  Intervenor-Defendants. | Case No. CV09-8207-PHX DGC<br><br>ORDER TO STRIKE PLEADINGS FROM THE PUBLIC RECORD WITHOUT PREJUDICE TO RE-FILE AND LODGE UNDER SEAL |

On the basis of the conference recently held with the parties,

**IT IS HEREBY ORDERED** that the following pleadings shall be stricken from the public docket in their entirety, without prejudice to the parties and with leave to re-file non-redacted versions under seal on the public docket and redacted versions, as set forth below:

Dkt. 94     Defendants' Response Memorandum In Opposition To Plaintiffs' Motion For An Injunction Pending Appeal (July 30, 2010)

|  |  |
|---|---|
|  | Page 2, sentence beginning on line 15 and ending on line 16 |
|  | Page 5, clause beginning after dash on line 21, to end of sentence on line 22 |
| Dkt. 94-2 | Declaration of John M. Herron |
|  | Paragraph 6 |
| Dkt. 97 | Defendants-Intervenors' Response In Opposition To Plaintiffs' Motion For An Injunction Pending Appeal |
|  | Page 8, sentence beginning on line 2 and ending on line 4 |
|  | Page 8, sentence beginning on line 5 and ending on line 6 |
|  | Page 8, sentence beginning on line 6 and ending on line 10 |
|  | Page 8, sentence beginning on line 17 and ending on line 19 |
|  | Page 8, sentence beginning on line 19 and ending on line 22 |
|  | Page 8, sentence beginning on line 22 and ending on line 25 |
|  | Page 8, sentence beginning on line 26 and ending on line 27 |
|  | Pages 8-9, sentence beginning on line 27 of page 8 and ending on line 3 of page 9 |
|  | Page 9, sentence beginning on line 10 and ending on line 12 |
|  | Page 9, sentence beginning on line 18 and ending on line 20, including footnoted 10 in its entirety |
|  | Page 9, parenthetical describing Exh. 6 on lines 21-22 |
|  | Page 9, sentence beginning on line 23 and ending on line 25 |
|  | Page 9-10, sentence beginning on line 25 of page 9 and ending on line 2 of page 10 |
|  | Page 10, clause beginning on line 3 and ending on line 4 |
|  | Page 10, clause beginning with the word "that" on line 11 through the end of the sentence on line 12 |
| Dkt. 97-1 | Declaration of Harold R. Roberts |
|  | Paragraphs 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15 |
| Dkt. 97-2 | Exhibit 1 |
|  | Entire Exhibit |

| | | |
|---|---|---|
| 1 | Dkt. 97-3 | Exhibit 2 |
| 2 | ` | Entire Exhibit |
| 3 | Dkt 97-4 | Exhibit 3 |
| 4 | | Entire Exhibit |
| 5 | Dkt. 97-5 | Exhibit 4 |
| 6 | | Entire Exhibit |
| 7 | Dkt. 97-6 | Exhibit 5 |
| 8 | | Entire Exhibit |
| 9 | Dkt. 97-7 | Exhibit 6 |
| 10 | | Entire Exhibit |
| 11-12 | Dkt. 99 | Plaintiffs' Reply Memorandum In Support Of Motion For Injunction Pending Appeal (Aug. 2, 2010) |
| 13 | | Page 3, sentence beginning on page 15 and ending on line 17. |

Dated this 17th day of August, 2010.

_____
David G. Campbell
United States District Judge