Amy Atwood, *pro hac vice*
Center for Biological Diversity
P.O. Box 11374
Portland, Oregon 97211-0374
Tel: 503-283-5474
atwood@biologicaldiversity.org

Neil Levine, *pro hac vice*
4438 Tennyson Street
Denver, CO  80212
Tel: 303-455-0604
nlevine@grandcanyontrust.org

Roger Flynn, *pro hac vice*
Western Mining Action Project
P.O. Box 349
440 Main St., #2
Lyons, CO 80540
Tel: 303-823-5738; Fax: 303-823-5732
wmap@igc.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, *et al.*, | Case No. 3:09-cv-08207-DGC |
| Plaintiffs, | NOTICE OF APPEAL |
| v. | |
| Salazar, *et al.*, | |
| Defendants, | |
| and | |
| Denison Arizona Strip, LLC, *et al.*, | |
| Intervenor-Defendants. | |

1  Notice is hereby given that Plaintiffs Center for Biological Diversity, Grand
2  Canyon Trust, Sierra Club, Kaibab Band of Paiute Indians, and Havasupai Tribe appeal
3  to the United States Court of Appeals for the Ninth Circuit: (1) the Order of the United
4  States District Court for the District of Arizona, entered May 27, 2011, denying
5  Plaintiffs' motion for summary judgment as to four out of Plaintiffs' five claims; (2) the
6  District Court's Order entered June 27, 2011, denying reconsideration of the District
7  Court's May 27, 2011 Order; and (3) and the Order of the District Court, entered
8  October 7, 2011, denying Plaintiffs' motion for summary judgment as to their fifth of
9  five claims.  Final judgment was entered by the District Court on October 7, 2011.

DATED this 28th day of November, 2011.          Respectfully submitted,

*/s/ Amy Atwood*
Amy Atwood
Center for Biological Diversity

Neil Levine
Grand Canyon Trust

Roger Flynn
Western Mining Action Project

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2011, I electronically transmitted Plaintiffs' Notice of Appeal to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Michael D. Thorp<br>U.S. Dept. of Justice, ENRD<br>601 D St., Room 3112<br>Washington, DC 20004<br>Tel: 202-305-0456<br>Fax: 202-305-0267<br>Email: michael.thorp@usdoj.gov | Bradley J. Glass<br>Gallagher & Kennedy PA<br>2575 E. Camelback Rd., Ste. 1100<br>Phoenix, AZ 85016-9225<br>Tel: 602-530-8000<br>Fax: 602-530-8500<br>Email: brad.glass@gknet.com |
| Tyler Welti<br>U.S. Dept. of Justice, ENRD<br>P.O. Box 663<br>Washington, DC 20044<br>Tel: 202-305-0481<br>Fax: 202-305-0274<br>Email: tyler.welti@usdoj.gov | David J. DePippo<br>Gallagher & Kennedy PA<br>2575 E. Camelback Rd., Ste. 1100<br>Phoenix, AZ 85016-9225<br>Tel: 602-530-8244<br>Fax: 602-530-8500<br>Email: david.depippo@gknet.com |
| Rickey Turner<br>U.S. Dept. of Justice, ENRD<br>Wildlife & Marine Resources Section<br>South Terrace<br>999 18th St., Ste. 370<br>Denver, CO 80202<br>Tel: 303-844-1373<br>Email: rickey.turner@usdoj.gov | Michael K. Kennedy<br>Gallagher & Kennedy PA<br>2575 E. Camelback Rd., Ste. 1100<br>Phoenix, AZ 85016-9225<br>Tel: 602-530-8000<br>Fax: 602-530-8500<br>Email: mkk@gknet.com |

*/s/ Amy Atwood*
Amy Atwood