Amy Atwood, *pro hac vice*
Center for Biological Diversity
P.O. Box 11374
Portland, Oregon 97211-0374
Tel: 503-283-5474
atwood@biologicaldiversity.org

Neil Levine, *pro hac vice*
Grand Canyon Trust
4438 Tennyson Street
Denver, CO  80212
Tel: 303-455-0604
nlevine@grandcanyontrust.org

Roger Flynn, *pro hac vice*
Western Mining Action Project
P.O. Box 349
440 Main St., #2
Lyons, CO 80540
Tel: 303-823-5738; Fax: 303-823-5732
wmap@igc.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, *et al*., | Case No. 3:09-cv-08207-DGC |
| Plaintiffs, | REPRESENTATION STATEMENT |
| v. | |
| Salazar, *et al*., | |
| Defendants, | |
| and | |
| Denison Arizona Strip, LLC, *et al*., | |
| Intervenor-Defendants. | |

Pursuant to Federal Rule of Appellate Procedure 12(b), as modified by Circuit Rule 3-2, Plaintiffs-Appellants state that the parties are represented by counsel whose names, addresses, and telephone numbers appear below:

Plaintiffs/Appellants CENTER FOR BIOLOGICAL DIVERSITY, GRAND CANYON TRUST, SIERRA CLUB, KAIBAB BAND OF PAIUTE INDIANS, and HAVASUPAI TRIBE are represented by:

| | |
|---|---|
| Amy R. Atwood<br>Center for Biological Diversity<br>P.O. Box 11374<br>Portland, OR  97211-0374<br>Tel: 503-283-5474<br>Fax: 503-283-5528<br>Email:  atwood@biologicaldiversity.org | Roger Flynn<br>Western Mining Action Project<br>P.O. Box 349<br>440 Main St., #2<br>Lyons, CO  80540<br>Tel: 303-823-5738<br>Fax: 303-823-5732<br>Email: wmap@igc.org |

Neil Levine, Esq.
Grand Canyon Trust
4438 Tennyson Street
Denver, CO  80212
Tel: 303-455-0604
Email: nlevine@grandcanyontrust.org

Defendants-Respondents KEN SALAZAR, Secretary of the U.S. Department of the Interior; and U.S. BUREAU OF LAND MANAGEMENT were represented in the district court by:

| | |
|---|---|
| Michael D. Thorp<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>601 D St., Room 3112<br>Washington, DC 20004<br>Tel: 202-305-0456<br>Fax: 202-305-0267<br>Email: michael.thorp@usdoj.gov | Rickey Turner<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Wildlife & Marine Resources Section<br>South Terrace<br>999 18th St., Ste. 370<br>Denver, CO 80202<br>Tel: 303-844-1373<br>Email: rickey.turner@usdoj.gov |

Tyler Welti
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, DC  20044
Tel: 202-305-0481
Fax: 202-305-0274
Email: tyler.welti@usdoj.gov

Defendants-Intervenors-Respondents DENISON MINES, CORPORATION and DENISON MINES, U.S.A. were represented in the district court by:

| | |
|---|---|
| Bradley J. Glass<br>Gallagher & Kennedy PA<br>2575 E. Camelback Rd., Ste. 1100<br>Phoenix, AZ 85016-9225<br>Tel: 602-530-8000<br>Fax: 602-530-8500<br>Email: brad.glass@gknet.com | Michael K. Kennedy<br>Gallagher & Kennedy PA<br>2575 E. Camelback Rd., Ste. 1100<br>Phoenix, AZ 85016-9225<br>Tel: 602-530-8000<br>Fax: 602-530-8500<br>Email: mkk@gknet.com |

David J. DePippo
Gallagher & Kennedy PA
2575 E. Camelback Rd., Ste. 1100
Phoenix, AZ 85016-9225
Tel: 602-530-8244
Fax: 602-530-8500
Email: david.depippo@gknet.com

DATED this 28th day of November, 2011.		Respectfully submitted,

*/s/ Amy Atwood*
Amy Atwood
Center for Biological Diversity

Neil Levine
Grand Canyon Trust

Roger Flynn
Western Mining Action Project

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2011, I electronically transmitted Plaintiffs' Representation Statement to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael D. Thorp
US Dept of Justice, ENRD
601 D St., Room 3112
Washington, DC 20004
Tel: 202-305-0456
Fax: 202-305-0267
Email: michael.thorp@usdoj.gov

Tyler Welti
U.S. Dept. of Justice, ENRD
P.O. Box 663
Washington, DC  20044
Tel: 202-305-0481
Fax: 202-305-0274
Email: Tyler.Welti@usdoj.gov

Rickey Turner
US Dept of Justice, ENRD
Wildlife & Marine Resources Section
South Terrace
999 18th St., Ste. 370
Denver, CO 80202
Tel: 303-844-1373
Email: rickey.turner@usdoj.gov

Bradley J. Glass
Gallagher & Kennedy PA
2575 E. Camelback Rd., Ste. 1100
Phoenix, AZ 85016-9225
Tel: 602-530-8000
Fax: 602-530-8500
Email: brad.glass@gknet.com

David J. DePippo
Gallagher & Kennedy PA
2575 E. Camelback Rd., Ste. 1100
Phoenix, AZ 85016-9225
Tel: 602-530-8244
Fax: 602-530-8500
Email: david.depippo@gknet.com

Michael K. Kennedy
Gallagher & Kennedy PA
2575 E. Camelback Rd., Ste. 1100
Phoenix, AZ 85016-9225
Tel: 602-530-8000
Fax: 602-530-8500
Email: mkk@gknet.com

*/s/ Amy Atwood*
 Amy Atwood